# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ROY BROWN,<br><br>                Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME LOANS, *et al.,*<br><br>                Defendants. | Case No. 2:10-cv-01699-RLH-PAL<br><br>**ORDER**<br><br>(Mot. For Stay - Dkt. #31) |

      Before the court is Defendants' Motion for Stay of Litigation and Discovery Proceedings Pending Determination on Pending Dispositive Motions (Dkt. #31). The court has considered the Motion (Dkt. #31) and Defendant Greenpoint Mortgage Funding, Inc.'s ("Greenpoint") Joinder (Dkt. #33) . The Plaintiff did not file a response and the time for filing a response has run.

      Defendants seek an order staying this case while the district judge decides pending dispositive motions. Defendant Greenpoint filed a Motion to Dismiss (Dkt. 17)  December 6, 2010. Plaintiff filed a Motion for Partial Summary Judgment (Dkt. #21) December 9, 2010, and the Defendants Wells Fargo Home Loans, EMC Mortgage Corporation, and MERS filed a Counter Motion for Summary Judgment (Dkt. #30) January 7, 2011.

      LR 7-2(d) states "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Additionally, the court has preliminarily reviewed the motions and agrees a stay of discovery is appropriate

      Having reviewed and considered the matter,

///

///

///

**IT IS ORDERED** that Defendants' Motion for Stay of Litigation and Discovery Proceedings Pending Determination on Pending Dispositive Motions (Dkt. #31) is **GRANTED.**

Dated this 10th day of February, 2011.

_____
Peggy A. Leen
United States Magistrate Judge